■ The People of the State of New York, Respondent, v Isaiah C. Ferguson-Johnson, Appellant. (Appeal No. 1.) [864 NYS2d 378]—Appeal from a judgment of the Ontario County Court (William F. Kocher, J.), rendered February 21, 2007. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Lunn, Peradotto, Green and Pine, JJ.

■ The People of the State of New York, Respondent, v Latherio Stokes, Appellant. [864 NYS2d 379]—Appeal from a new sentence of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered July 5, 2005, imposed upon defendant's conviction of criminal sale of a controlled substance in the first degree (three counts). Defendant was resentenced pursuant to the 2004 Drug Law Reform Act upon his 1995 conviction.

It is hereby ordered that the sentence so appealed from is unanimously affirmed. Present—Centra, J.P., Lunn, Peradotto, Green and Pine, JJ.